IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT MILLS, :
:
    Petitioner, :
: 1:13-cv-02363
v. :
: Hon. John E. Jones III
WARDEN J.E. THOMAS, :
:
    Respondent. :

## ORDER

**September 26, 2013**

In accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without prejudice.

2. Plaintiff's motion for preliminary injunction (Doc. 3) and motion to avert transfer of custody (Doc. 4) are **DISMISSED AS MOOT.**

3. The Clerk of Court is directed to CLOSE this case.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge